IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case Nos. | 4:15CR40024-001 & 002 |
| | ) | | 4:15CR40027-001 |
| SHANTREL HALL | ) | | 4:15CR40029-001 |
| SHERRY COLLIER | ) | | |
| SCOTT OGLESBY | ) | | |
| STEVEN SHANE TURNAGE | ) | | |

**FINAL ORDER OF FORFEITURE**

On November 19, 2015, the Court entered a Preliminary Order of Forfeiture as to the Defendant, Scott Oglesby, in Case No. 4:15CR40027 in accordance with Federal Rule of Criminal Procedure 32.2(b).  (Doc. 6 in 4:15CR40027).   In that Preliminary Order of Forfeiture, the following assets were forfeited to the United States:

1. HP Omni 120 All-in-One Desktop, S/N 4CS20203HT, containing Hitachi 1 TB HD, S/N 5H0YV8VG;

2. HP Pavilion 410 Desktop, S/N MXK34916WT, containing Samsung 120 HD, S/N S00QJ10X737812

3. HP Pavilion Slimline Desktop, S/N 3CR8500HF1, containing WD 320 GB HD, S/N WCAT16327608

4. HP Pavilion DV6700 Laptop, S/N CNF80944M6, containing WD, 250 HD, S/N WXE108L64798

5. HP Pavilion Laptop, S/N CNF528007C, containing Fujitsu 100 GB HD, S/N NQ07T562DY9W

6. Toshiba 1 TB External HD, S/N 83VBT7TMTTT1

    7. Toshiba 160 GB loose HD, S/N 38LSFECGS

    8. Toshiba 750 GB loose HD, S/N Z1EZT08FT

    9. WD 250 GB loose HD, S/N WX31A6119011

    10. Texarkana College 2 GB Thumb drive, no S/N

    11. Kingston 2 GB Mini SD card, S/N 2760829; and

    12. Sandisk 32 GB SD card, S/N BM1423550103D

as property involved in, or used to facilitate the offense of Counterfeiting. This property was forfeited pursuant to 18 U.S.C. § 492.

A Preliminary Order of Forfeiture for the same property was also entered against the rights of co-defendants Shantrel Hall and Sherry Collier in Case No. 4:15CR40024 on July 25, 2016 and September 15, 2016, respectively. (Docs. 53 and 61 in 4:15CR40024). Finally, the last co-defendant, Steven Shane Turnage surrendered his rights to the above-described forfeitable property by way of Preliminary Order of Forfeiture filed in Case No. 4:15CR40029 on February 17, 2017.

The United States was required to publish notice of the forfeiture of the property pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 18 U.S.C. § 982(b)(1).

On March 23, 2016 in Case No. 4:15CR40027, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. (Doc. 12). Deadline for filing claims was April 14, 2016. No third party claims have been filed in any case and the rights of any known claimant to the property have been extinguished by the Preliminary Orders of Forfeiture referenced herein.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), the Preliminary Orders of

Forfeiture filed against the property referenced in the order should be and hereby are declared final.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty pleas and the plea agreements of the parties referenced in the above-captioned cases, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), the Preliminary Orders of Forfeiture entered in Case Nos. 4:15CR40027, 4:15CR40024-001 and 002, and 4:15CR40029 shall become final at this time.

IT IS SO ORDERED this 17th day of February, 2017.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 17 2017

DOUGLAS F. YOUNG, Clerk
By
    Deputy Clerk